KIMBERLY HURRELL-HARRING et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted March 29, 2010; decided April 29, 2010

Motion by Pro Bono Publico Bar Association, Inc. for leave to file a brief amicus curiae on the appeal herein dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [1] [iii]).

In the Matter of KESE INDUSTRIES et al., Respondents, v ROSLYN TORAH FOUNDATION et al., Appellants, et al., Respondents.

Submitted March 15, 2010; decided April 29, 2010

Motion to vacate this Court's February 16, 2010 preclusion order granted.

In the Matter of KIPS BAYS TOWERS CONDOMINIUM, Appellant, v COMMISSIONER OF FINANCE et al., Respondents.

Submitted February 16, 2010; decided April 29, 2010

Motion by the Council of New York Cooperatives and Condominiums for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.